# Court of Appeals
# of the State of Georgia

ATLANTA,  October 04, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1357. EDDIE DENHARDT d/b/a GEORGIA LIEN SERVICES, LLC v. ROBYN CRITTENDEN, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF GEORGIA DEPARTMENT OF REVENUE, et al.**

Eddie Denhardt, d/b/a Georgia Lien Services, filed a petition for interpleader in Fulton County Superior Court against Robyn Crittenden, in her official capacity as Commissioner of the Georgia Department of Revenue, and Strada Del Vino, LLC, seeking to recover the excess funds generated by a tax sale of real property in Lumpkin County. Relying on OCGA § 48-4-5 (c), which requires that an interpleader action such as this one must be "filed in the county where the tax sale occurred," the trial court ordered the case transferred to the Lumpkin County Superior Court. Denhardt then filed the current appeal, seeking to challenge the transfer order. We, however, lack jurisdiction.

"A trial court's ruling on the issue of removal or transfer of venue is not a directly appealable final judgment under OCGA § 5-6-34 (a) (1), and thus, it is subject to the procedures governing interlocutory appeals." *Mauer v. Parker Fibernet, LLC*, 306 Ga. App. 160, 161 (701 SE2d 599) (2010). See also OCGA § 5-6-34 (b). And "[t]he failure to follow the interlocutory appeal requirements, when applicable, generally deprives this Court of jurisdiction." *Eidson v. Croutch*, 337 Ga. App. 542, 543 (788 SE2d 129) (2016). See also *Islamkhan v. Khan*, 299 Ga. 548, 551 (2) (787 SE2d 731) (2016). Denhardt's failure to comply with the interlocutory appeal procedure, therefore, deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　　　　*Clerk's Office, Atlanta,* ___10/04/2022___

　　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*